(Rev. 4/97)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE**

Joel Lee Smith
(Enter above the full name of the plaintiff in this action)

V.

WARDAN TOM CARROL

ET

And All
(Enter above the full name of the defendant(s) in this action

06 - 464

FILED

JUL 31 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BDScanned
IFP

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment?
   YES [ ]    NO [X]

   B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

   1. Parties to this previous lawsuit

   Plaintiffs    N/A

   Defendants    N/A

    2. Court (if federal court, name the district; if state court, name the county)

       N/A

    3. Docket number   N/A

    4. Name of judge to whom case was assigned   N/A

    5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

       N/A

    6. Approximate date of filing lawsuit   N/A

    7. Approximate date of disposition   N/A

II.  A. Is there a prisoner grievance procedure in this institution? Yes [X] No [ ]

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [X] No [ ]   Filed on July 16, 06

    C. If your answer is YES,

       1. What steps did you take? Explained the problem of unsanitary and inhuman sleping on floor is﹡

       2. What was the result? Never recieved a response﹡

    D. If your answer is NO, explain why not   N/A

    E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes [ ] No [ ]

    F. If your answer is YES,

       1. What steps did you take?   N/A

       2. What was the result?   N/A

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff Joel Lee Smith
   Address 1181 Paddock Rd Smyrna Del 19977

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and place of employment of any additional defendants.)

B. Defendant Tom Carrol is employed as WARDEN at Delaware Corrections

C. Additional Defendants ET And All.

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

I was put in a cell that was dirty, ants and spiders crawling on the floor where you sleep on the floor with no Bunk or anything to raise you off the floor and you can't in anyway clean your cell, very unsanitary and inhuman This was in Building 18 C-L-1.

-3-

V. **Relief**

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

If it pleases the court I respectfully request that relief be granted by insuring that these injustices stop occuring as they so often do. The enviornment in which I was forcibly placed was not only distressing, but potentially dangerous due to infectious diseases. I suffered severe mental and

over →

Signed this _____ day of _____, 2006 19____.

_____Joel Lee Smith_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

_____      _____Joel Lee Smith_____
Date                     (Signature of Plaintiff)

-4-



IM Joel Smith
SBI# 515785 UNIT 17A-u-11
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk
U.S. District Court
J. Caleb Boggs Federal Building
Lock Box 18
844 N. King St.
Wilmington, Del.
19801