# DELAWARE CORRECTIONAL CENTER
## SUPPORT SERVICES OFFICE
## MEMORANDUM

TO: Joel Smith             SBI#: 515785

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: 9/1/06

**FILED**
SEP 0 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

---

Attached are copies of your inmate account statement for the months of March 1, 2006 to Aug 31, 2006.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Mar | $ 25.19 |
| Apr | 1.52 |
| May | 10.86 |
| June | 57.35 |
| July | 36.41 |
| Aug | 24.24 |

Average daily balances/6 months: $ 25.89

Attachments
CC: File

Mercedes Vallen

Notary public
9/1/06

# Individual Statement

Date Printed: 9/1/2006

Page 1 of 1

## For Month of March 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $43.63 |
|---|---|---|---|---|---|---|
| 00515785 | SMITH | JOEL | | | | |

Current Location: SU/1   Comments: QOL1

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 3/14/2006 | ($29.55) | $0.00 | $0.00 | $14.08 | 236068 | | | |
| Canteen | 3/28/2006 | ($9.91) | $0.00 | $0.00 | $4.17 | 241725 | | | |

Ending Mth Balance: $4.17

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 9/1/2006

Page 1 of 1

## For Month of April 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $4.17 |
|---|---|---|---|---|---|---|
| 00515785 | SMITH | JOEL | | | | |

Current Location:  SU/1    Comments: QOL1

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 4/11/2006 | ($3.98) | $0.00 | $0.00 | $0.19 | 247598 | | | |

Ending Mth Balance: $0.19

Total Amount Currently on Medical Hold:  $0.00
Total Amount Currently on Non-Medical Hold:  $0.00

# Individual Statement

Date Printed: 9/1/2006    Page 1 of 1

## For Month of May 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.19 |
|---|---|---|---|---|---|---|
| 00515785 | SMITH | JOEL | | | | |

Current Location: SU/1    Comments: QOL1

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 5/11/2006 | $20.00 | $0.00 | $0.00 | $20.19 | 262427 | 8892692910 | | B. FRYER |
| Canteen | 5/16/2006 | ($4.96) | $0.00 | $0.00 | $15.23 | 263895 | | | |
| Canteen | 5/30/2006 | ($4.91) | $0.00 | $0.00 | $10.32 | 271420 | | | |

Ending Mth Balance: $10.32

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

## For Month of June 2006

Date Printed: 9/1/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $10.32 |
|---|---|---|---|---|---|---|
| 00515785 | SMITH | JOEL | | | | |

Current Location: SU/1   Comments: QOL1

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 6/9/2006 | $60.00 | $0.00 | $0.00 | $70.32 | 277786 | | | |
| Canteen | 6/13/2006 | ($4.95) | $0.00 | $0.00 | $65.37 | 278404 | 08895523072 | | B. FRYER |
| Mail | 6/22/2006 | $20.00 | $0.00 | $0.00 | $85.37 | 282948 | 08895520912 | | B. FRYER |

Ending Mth Balance: $85.37

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 9/1/2006

## For Month of July 2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $85.37 |
|---|---|---|---|---|---|---|
| 00515785 | SMITH | JOEL | | | | |

Current Location: SU/1     Comments: QOL1

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 7/5/2006 | ($52.57) | $0.00 | $0.00 | $32.80 | 287202 | | | |
| Canteen | 7/18/2006 | ($5.60) | $0.00 | $0.00 | $27.20 | 292501 | | | |
| Medical | 7/27/2006 | $0.00 | ($4.00) | $0.00 | $27.20 | 297973 | | 7/20/06 | |
| Medical | 7/27/2006 | ($4.00) | $0.00 | $0.00 | $23.20 | 298049 | | 7/20/06 | |

Ending Mth Balance: $23.20

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 9/1/2006

Page 1 of 1

## For Month of August 2006

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00515785 | SMITH | JOEL | | | Beg Mth Balance: | $23.20 |
| Current Location: | SU/1 | | | Comments: QOL1 | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 8/1/2006 | ($4.88) | $0.00 | $0.00 | $18.32 | 299718 | | | |
| Supplies-MailP | 8/4/2006 | $0.00 | $0.00 | ($2.06) | $18.32 | 301962 | | 7/13/06 | |
| Supplies-MailP | 8/10/2006 | $0.00 | $0.00 | ($0.87) | $18.32 | 303949 | | 7/28/06 | |
| Supplies-MailP | 8/11/2006 | ($2.06) | $0.00 | $0.00 | $16.26 | 305611 | | 7/13/06 | |
| Supplies-MailP | 8/11/2006 | ($0.87) | $0.00 | $0.00 | $15.39 | 305705 | | 7/28/06 | |
| Mail | 8/15/2006 | $20.00 | $0.00 | $0.00 | $35.39 | 306514 | 8895528707 | | B. FRYER |
| Canteen | 8/15/2006 | ($4.71) | $0.00 | $0.00 | $30.68 | 306871 | | | |
| Canteen | 8/29/2006 | ($5.00) | $0.00 | $0.00 | $25.68 | 311575 | | | |

Ending Mth Balance: $25.68

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: $0.00



I/M Joel Smith
SBI# 515785 UNIT 17-A(-1)
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



U.S.M.S
X-RAY

Office of Clerk
United States District Court
844 N. King St. LockBox 18
Wilmington, Del 19801-3570

To: Whom it may concern
From: Joel Smith *515785

Here is the notied letter that was asked for.
Thank you.

*Joel Smith*

**FILED**
SEP 0 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE NG
Scannn