IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Joel L. Smith, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 06-464-SLR ) |
| Warden Tom Carrol, | ) ) |
| Defendant. | ) |

**AUTHORIZATION**

I, Joel L. Smith, SBI #515785, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $ 5.19, and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated September 12, 2006.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: Sept. 13, 2006.

FILED
SEP 18 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Joel L. Smith
Signature of Plaintiff

Scanned- BD 9/18/06

IM Joel Smith
SBI# 515785 UNIT 17 A-u-H
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King St. LockBox 18
Wilmington, Del
19801-3570

$00.39⁰ SEP 16 2006
MAILED FROM ZIP CODE 19977